**INDEX OF EXHIBITS**

EXHIBIT A—Operating License Certificate for AJC Trading FZC

EXHIBIT B—SUM A Wire Transfer Receipt

EXHIBIT C—DIB (Dubai Islamic Bank) Correspondence with DEA (Drug Enforcement Administration)

EXHIBIT D—DEA Notice of Forfeiture Action to DIB

EXHIBIT E—April 24, 2018 Email from DIB

EXHIBIT F—SUM B Wire Transfer Receipt

EXHIBIT G—DEA Notice of Seizure to GFS (GFS Global Food Solutions Ltd.)

EXHIBIT H—Correspondence to DEA Asserting Claims

EXHIBIT I—DEA Response to SUM B Claim

EXHIBIT J—SUM C SWIFT Payment Message

EXHIBIT K—OFAC (Office of Foreign Assets Control) License Application Summary

EXHIBIT L—UK Counsel February 22, 2018 Cover Letter