

**SAIF ZONE**
SHARJAH AIRPORT INTERNATIONAL FREE ZONE

**Government of Sharjah**

## License Certificate

| | |
|---|---|
| **LICENSE NO.** | 09322 |
| **NAME** | A J C TRADING (FZC) |
| **LEGAL STATUS** | Free Zone Co. with Limited Liability |
| **TYPE OF LICENSE** | Commercial |
| **ACTIVITY(S)** | General Trading |
| **OWNER(S)** | Ali Jaber |
| | Hussein Ali Jaber |
| **MANAGER** | Ali Jaber |
| **SAIF-ZONE ADDRESS** | SAIF Desk   Q1-05 - 143/A |
| | P.O.Box 9146 |
| | Sharjah - U.A.E |
| **INCORPORATION DATE** | 02 May 2011 |
| **ISSUE DATE** | 02 May 2017 |
| **EXPIRY DATE** | 01 May 2018 |
| **REMARKS** | THIS LICENSE IS ISSUED AND BASED UPON EMIRI DECREE NO. 2 OF 1995 ISSUED IN SHARJAH ON MAY 8, 1995 |
| | THIS LICENSE IS GRANTED TO THE LICENSEE ONLY AND SHALL NOT BE LEASED OR TRANSFERRED WITHOUT PRIOR APPROVAL OF THE SAIF ZONE |
| | SALES IN U.A.E. SHALL BE CARRIED OUT IN ACCORDANCE WITH THE VALID LAWS AND REGULATIONS THEREOF |

This document is official and it does not need to be stamped or signed. To view license detail visit www.saif-zone.com

Date : 04/05/2017
*HS*