| | |
|---|---|
| **From:** | dib.mail@dib.ae |
| **Sent:** | Monday, August 21, 2017 10:02 AM |
| **To:** | info@ajctrade.com |
| **Subject:** | Transaction e-Receipt |

Dear Customer,

Please find the e-Receipt of your transaction initiated from Online Banking, as per your request.



# e-Receipt

## Dubai Islamic Bank

| | |
|---|---|
| Customer Name | A J C TRADING FZC |
| Transaction Type | International Fund Transfer |
| Requested Date | 21 Aug 2017 |
| Transfer Type | Immediate |
| Debit Currency | USD |
| Debit Account | 0165 21 ** **** 801 |
| Debit Amount | 45692.00 |
| Beneficiary Account number | OSA11443631353735 |
| Beneficiary Name | KENALA FOOD CO LTD |
| Beneficiary Bank Country | CHINA |
| Beneficiary Bank City | shanghai |
| Beneficiary Bank | shanghai pudong development |
| Branch Name | 12FL dongyin bldg |
| Beneficiary Phone Number | |
| Beneficiary Country | CHINA |
| Routing number / ABA number / Bank Code / BL code /Sort Code / Transit no / Swift Code | SPDBCNSHOSA |
| Credit Currency | USD |

| | |
|---|---|
| Credit Amount | 45692.00000 |
| Exchange Rate | 1 |
| Correspondent Bank Charges | All charges by beneficiary (BEN) |
| Transaction Details | FOODSTUFF |
| Transaction Reference Number | IBR0044183172 |

Best Regards,
Dubai Islamic Bank

---

DISCLAIMER:
*** This email and any attachments are confidential and may also be privileged. It is intended only for the use of authorized persons. If you are not an addressee, or have received the message in error, you are not authorized to read, copy, disseminate, distribute or use the email or any attachment in any way. Please notify the sender by return email and delete this e-mail ***