AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>THREE SUMS TOTALING $241,386.58 )<br>*Defendant* ) | Case No.  18-cv-00750 (RBW) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AJC Trading FZC    .

Date:   09/27/2018

*Attorney's signature*

Erich C. Ferrari DC 978253
*Printed name and bar number*
1455 Pennsylvania Ave. NW
Suite 400
Washington, DC 20004

*Address*

ferrari@falawpc.com
*E-mail address*

(202) 280-6370
*Telephone number*

(877) 448-4885
*FAX number*