UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o UNITED STATES DEPARTMENT<br>OF JUSTICE, 1400 NEW YORK AVENUE,<br>N.W., 10TH FLOOR, WASHINGTON,<br>D.C. 20005<br><br>      Plaintiff,<br><br>      v.<br><br>THREE SUMS TOTALING $241,386.58<br>IN SEIZED UNITED STATES CURRENCY<br><br>      Defendants *in rem*. | Case No. 18-CV-750 (RBW) |

**CLAIMANT AJC TRADING FZC'S MOTION TO DISMISS THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

Claimant AJC Trading FZC, by and through undersigned counsel, hereby moves for dismissal of the Verified Complaint for Forfeiture *In Rem* pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its motion, Claimant AJC Trading FZC submits the accompanying Memorandum and Proposed Order.

Dated: September 17, 2019

                                                Respectfully submitted,

                                                /s/ Erich C. Ferrari, Esq.
                                                Erich C. Ferrari, Esq.
                                                Ferrari & Associates, P.C.
                                                1455 Pennsylvania Ave., NW
                                                Suite 400
                                                Washington, D.C. 20004

Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Claimant*
*AJC Trading FZC*